**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RALPH BURCH,

    Plaintiff,                                                    Case No.: 1:25-cv-15030

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | zhshiun |
| 2 | WANLiber |
| 3 | bingij |
| 4 | ZiYingFanShan |
| 5 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 6 | luoheminfushangmaoyou |
| 7 | 雪影依商贸 |
| 8 | CikeForce |
| 9 | Trampoline. |
| 10 | HuaiNanQuanDeShangMaoYouXianGongSi |
| 11 | hubeizihongyinwuyouxian |
| 12 | HeXunjin |
| 13 | 户外辉手电品 |
| 14 | DaoMingJianShenFuWu |
| 15 | hongfajiadian |
| 16 | Tie Fa Shi Ye |
| 17 | HuiChengChongShangMaoFuZhuangDian |
| 18 | ykcuh |
| 19 | 时代童具商品 |
| 20 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 21 | shenzhenshidepuhuikejiyou |
| 22 | GuangZhouYueRanDianShangYouXianGongSi |

| 23 | Tgljz35025N |
|---|---|
| 24 | dongguanshijinhonggongyipin |
| 25 | jinchengshihongyuanjienenghuanbaokejiyouxiangongsi |
| 26 | shandonglieweijiaoyuzixunyouxiangongsi |
| 27 | AnZhenJianZhuGongCheng |
| 28 | nanyangxingxinwenhuachuanmei |
| 29 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 30 | 贫铭商贸 |
| 31 | Missing Tomorrow |
| 32 | ywyxgs |
| 33 | wngob |
| 34 | shanxijinjiachengshengnengyuankeji |
| 35 | zhoukouguixinshangmaoyouxiangongsi |
| 36 | 枫京申 |
| 37 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 38 | XiongAnYouZhengShangMao |
| 39 | bofangyike |
| 40 | DongXingLu2025 |
| 41 | Warlesms |
| 42 | hebishishifanquouxingshangmaoyouxiangongsi |
| 43 | haiyangyuxiangshuichanyouxiangongsi |
| 44 | jjinf |
| 45 | xuchangdingxiazhuangshigongcheng |
| 46 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 47 | heyuanzhangmaifuzhuang |
| 48 | liyanuq |
| 49 | guangyiop1 |
| 50 | Jd |
| 51 | zhengyangli |
| 52 | Dingleiever |
| 53 | G Lucky decoration painting |
| 54 | Wall Decor World |
| 55 | Artistic Decor Canvas |
| 56 | Captivating City |
| 57 | HANGFACAI |
| 58 | HXL home B |
| 59 | YumyShop |

| 60 | bei home |
| --- | --- |
| 61 | TRPP |
| 62 | ComfyMat Home local |
| 63 | SANCCEEE Beautiful room decor |
| 64 | SPPXPY |